UNITED STATES of America,
Plaintiff–Appellee

v.

Arturo ESQUIVEL–GUILLEN,
Defendant–Appellant.

No. 04–11501.

United States Court of Appeals,
Fifth Circuit.

Decided July 8, 2005.

Susan B. Cowger, Sarah Ruth Saldana, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Ira Raymond Kirkendoll, Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: [1]

IT IS ORDERED that the parties joint motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that the parties joint motion to remand case for resentencing is GRANTED.

IT IS FURTHER ORDERED that the parties joint motion to extend time to file appellants brief is DENIED AS UNNECESSARY.

---

[1] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.